```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 07 B 07324
   JOHN R TERRELL
   DARLA J TERRELL                               CHAPTER 13

                                                 JUDGE: A. BENJAMIN GOLDGAR

         Debtor
   SSN XXX-XX-3719      SSN XXX-XX-6064


------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.   The case was filed on 04/23/07 .

   2.   The case was dismissed without confirmation, 04/25/2008.

   3.   The Debtor paid a total of $  23650.00 .

   4.   The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | SECURED | NOT FILED | .00 | .00 |
| GMAC PAYMENT CENTER | SECURED | .00 | .00 | .00 |
| GMAC PAYMENT CENTER | SECURED VEHIC | .00 | .00 | .00 |
| CITIZENS BANK | SECURED VEHIC | 9300.00 | .00 | 9300.00 |
| AMERICAN EDUCATION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| DIRECT MERCHANTS CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| BCMA | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE SERVICING COR | UNSECURED | NOT FILED | .00 | .00 |
| WASHINGTON MUTUAL/FLEET | UNSECURED | NOT FILED | .00 | .00 |
| FIFTH THIRD BANK | SECURED VEHIC | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | SECURED | 14054.77 | .00 | 14054.77 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

         Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 23354.77 | .00 | .00 | .00 | 23354.77 |
| PRINCIPAL PAID | 23354.77 | .00 | .00 | .00 | 23354.77 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 23354.77 | .00 | .00 | .00 | 23354.77 |

The Debtor's attorney, LAVELLE LEGAL SERVICES        , was allowed $         .00 and was paid $        .00 .

The Trustee received $     295.23 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


    Dated: 08/20/08                        /S/
                                        GLENN STEARNS
                                      CHAPTER 13 TRUSTEE